AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>ABRAHAM GONZALEZ-ROMERO,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 25-MJ-0056-STV<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 28, 2025__ in the county of __Denver__ in the __State and__ District of __Colorado__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Forcibly Assaulting a Federal Officer with Physical Contact |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/Omar Lawton
*Complainant's signature*

Omar Lawton, DHS/ICE
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☑ submitted, attested to, and acknowledged by reliable electronic means.

Date: March 14, 2025

*Judge's signature*

City and state: Denver, CO

Scott T. Varholak, Chief U.S. Magistrate Judge
*Printed name and title*