IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. **25-cr-106-REB**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ABRAHAM GONZALEZ-ROMERO

    Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On or about February 28, 2025, in the State and District of Colorado, the Defendant, ABRAHAM GONZALEZ-ROMERO, intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a federal law enforcement officer, to wit: K.C., who was then engaged in the performance of his official duties; and in doing so made physical contact with said federal law enforcement officer, to wit: intentionally rammed into K.C., hitting him in the torso at a sprint, knocking him to the ground.

All in violation of Title 18, United States Code, Section 111(a)(1).

                                        A TRUE BILL

                                      <u>Ink signature on file in Clerk's Office</u>
                                      FOREPERSON

J. BISHOP GREWELL
Acting United States Attorney


s/ *E. Garreth Winstead*
E. Garreth Winstead
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: garreth.winstead@usdoj.gov